UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carmen Roman,<br><br>                    Plaintiff,<br>     v.<br><br>Valentine & Kebartas, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No.: 2:13-cv-00175-PD<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 1, 2013

                                                                    Respectfully submitted,

                                                                    PLAINTIFF, Carmen Roman

                                                                      /s/ Jody B. Burton

                                                                    Jody B. Burton, Esq.
                                                                    Bar No.: 71681
                                                                    **LEMBERG & ASSOCIATES L.L.C.**
                                                                    1100 Summer Street, 3rd Floor
                                                                    Stamford, CT 06905
                                                                    Telephone: (203) 653-2250
                                                                    Facsimile:  (203) 653-3424
                                                                    jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                               By  /s/Jody B. Burton
                                                      Jody B. Burton